SDOH, 7/03

# PAYMENT SCHEDULE FOR COURT-ORDERED MONETARY PENALTIES

| | | | |
|---|---|---|---|
| Name: | Aaron E. Luke | Docket #: | 3:18CR73-02 |
| Address: | 1902 East 120th Street, Down Cleveland, OH 44106 | Judge: | The Honorable Thomas M. Rose, U.S. District Judge |

You have been ordered by the United States District Court to pay a special assessment of $100.00, restitution of $3,500,000.00, and/or a fine of $N/A, as a condition of your supervised release.

**Probation Officer's Recommendation:**

It is the recommendation of the Probation Officer that the Court order a payment schedule in the about of $75.00 per month, commencing in June of 2021. This is based on the following analysis of your ability to pay: Please see included memorandum.

_Laura A. Sebulsky_            6/3/21

Laura A. Sebulsky            Date

Senior U. S. Probation Officer

**Order of the Court:** The Court orders minimum monthly payments of $75.00 to commence in June of 2021 and to continue until the debt is satisfied or the Court alters the payment schedule.

_[signature]_            6/4/21

Signature of Judicial Officer            Date